<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TYRONE SMITH, | : | |
| Petitioner, | : | Civil Action No. 14-2602 (JMV) |
| v. | : | **ORDER** |
| BEVERLY HASTINGS, *et al.*, | : | |
| Respondents. | : | |

For the reasons set forth in the accompanying Opinion,

**IT IS**, on this 30th day of December, 2016

**ORDERED** that Petitioner's motion to compel the Court to schedule a hearing date (ECF No. 18) is denied; an evidentiary hearing is not required in this matter; and it is further

**ORDERED** that the Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF Nos. 3, 4) is DENIED; and it is further

**ORDERED** that a certificate of appealability shall not issue; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Order and the accompanying Opinion to Petitioner by regular U.S. mail, and it is further

**ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

s/ John Michael Vazquez
JOHN MICHAEL VAZQUEZ
United States District Judge